petitioner. *Charles V. Webb, Jr.* and *C. William Caruso* for respondent. 

No. 620. UNITED STATES *v.* HOOLEY. C. A. 1st Cir. Certiorari denied. *Solicitor General Soboloff* for the United States. 

No. 621. UNITED STATES *v.* O'KEEFE. C. A. 1st Cir. Certiorari denied. *Solicitor General Soboloff* for the United States. 

No. 623. FERROLINE CORPORATION *v.* GENERAL ANILINE & FILM CORP. C. A. 7th Cir. Certiorari denied. *George I. Haight* and *Carl Hoppe* for petitioner. *Edward R. Johnston* and *James A. Sprowl* for respondent. 

No. 624. PECHEUR LOZENGE CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Walter Gordon Merritt, Alfred J. L'Heureux* and *Henry Clifton, Jr.* for petitioner. *Solicitor General Soboloff, George J. Bott, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent. 

No. 636. SUPREME GRAND LODGE, MODERN FREE AND ACCEPTED COLORED MASONS OF THE WORLD, *v.* MOST WORSHIPFUL PRINCE HALL GRAND LODGE, FREE AND ACCEPTED MASONS, JURISDICTION OF GEORGIA. C. A. 5th Cir. Certiorari denied. *W. Edward Swinson* for petitioner. *Thurgood Marshall* and *Amos T. Hall* for respondent. 

No. 638. SALSBURY MOTORS, INC., WHOSE NAME HAS BEEN CHANGED TO WAYNE MANUFACTURING CO., *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *George R. Maury* for petitioner. *Solicitor General Sobe-*